1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  CUTTER J. MENDONCA,                    No.  2:21-cv-1006 CKD P
12              Petitioner,
13       v.                                ORDER
14  RIVERSIDE COUNTY SUPERIOR
    COURT,
15              Respondent.
16

17

18        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
19  corpus pursuant to 28 U.S.C. § 2254.
20        Petitioner is presently incarcerated at Wasco State Prison in Kern County.  He is serving a
21  sentence for a conviction rendered by the Riverside County Superior Court.
22        The general rule with regard to habeas applications is that both the United States District
23  Court in the district where petitioner was convicted and the District Court where petitioner is
24  incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S.
25  484 (1973).  In the instant case, petitioner's conviction occurred in an area covered by the District
26  Court for the Central District of California.
27  /////
28  /////

                                            1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

2  transferred to the United States District Court for the Central District of California.

3  Dated:  June 14, 2021

4  _____
   CAROLYN K. DELANEY

5  UNITED STATES MAGISTRATE JUDGE

6

7

8  1/mp
   mend1006.108a

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28