JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTTER J. MENDONCA,<br><br>    Petitioner,<br><br>    v.<br><br>RIVERSIDE COUNTY SUPERIOR COURT,<br><br>    Respondent. | Case No. ED CV 21-00994-VBF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: February 25, 2022                    /s/ Valerie Baker Fairbank

                                VALERIE BAKER FAIRBANK
                                UNITED STATES DISTRICT JUDGE